EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
     Social Security Administration
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone:  (415) 977-8933
     Facsimile:  (415) 744-0134
     Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

JOYCE ANN BUMPER,

     Plaintiff,

       v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:15-cv-04955-DFM

**JUDGMENT OF REMAND**

     The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED:  November 13, 2015

_____
HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE